# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2590

_____

| | | |
|---|---|---|
| Keith Kulow, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| Cargill, Incorporated, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: April 11, 2001
Filed: April 16, 2001

_____

Before BOWMAN and FAGG, Circuit Judges, and CARMAN,[1] Judge.

_____

PER CURIAM.

A jury returned a verdict in favor of Cargill, Incorporated, on Keith Kulow's claim of age discrimination. The District Court[2] entered judgment on the jury verdict and denied Kulow's motion for a new trial. Kulow timely appeals.

_____

[1]The Honorable Gregory W. Carman, Chief Judge, United States Court of International Trade, sitting by designation.

[2]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

Seeking reversal and remand for a new trial, Kulow argues that the District Court abused its discretion in submitting a verdict form combining what Kulow characterizes as two age discrimination claims into one. Kulow also argues that the trial court abused its discretion in admitting into evidence the testimony of Barb Kula. We disagree with both contentions. Having considered the matter, we conclude the trial court did not abuse its discretion in either respect. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.